UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA TO FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP <br><br> _____ <br><br> MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> IMMERSION CORPORATION, a Delaware corporation, <br><br> Defendant. | Case No. _____ <br><br> (Case No. CV07 936RSM, Western District of Washington) <br><br> **IMMERSION CORPORATION'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS PER RULE LCvR 7.1** |

1  I, the undersigned, counsel of record for Immersion Corporation, certify that to the best
2  of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of
3  Immersion Corporation which have any outstanding securities in the hands of the public.
4  None.
5  These representations are made in order that judges of this court may determine the need
6  for recusal.
7  Attorney of Record for Immersion Corporation:

8  William K. West, Jr.
9  Mark L. Whitaker
   Howrey LLP
10 1299 Pennsylvania Ave NW
   Washington, DC 20004
11 Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
12

13 *Co-Counsel for Immersion Corporation*

14 Irell & Manella LLP
   Morgan Chu
15 Richard M. Birnholz
   Alan J. Heinrich
16 David R. Kaplan
17 1800 Avenue of the Starts, Suite 900
   Los Angeles, CA 90067-4276
18 Telephone: (310) 277-1010
   Facsimile: (310) 203-7199
19

20 Byrnes & Keller LLP
   Bradley S. Keller
21 Jofrey M. McWilliam
   1000 Second Avenue, 38th Floor
22 Seattle, WA 98104
   Telephone: (206) 622-2000
23 Facsimile: (206) 622-2522

24
25
26

IMMERSION CORPORATION'S DISCLOSURE OF CORPORATE
AFFILIATIONS AND FINANCIAL INTERESTS PER RULE 7CvR 7.1-1

| | |
|---|---|
| Dated: June 23, 2008 | HOWREY LLP<br>WILLIAM K. WEST<br>MARK L. WHITAKER<br><br>By  */s/ Mark L. Whitaker*<br>William K. West, Jr.<br>Mark L. Whitaker<br>Howrey LLP<br>1299 Pennsylvania Ave NW<br>Washington, DC 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610<br><br>*Attorneys for Immersion Corporation*<br><br>Irell & Manella LLP<br>Morgan Chu<br>Richard M. Birnholz<br>Alan J. Heinrich<br>David R. Kaplan<br>1800 Avenue of the Starts, Suite 900<br>Los Angeles, CA 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Byrnes & Keller LLP<br>Bradley S. Keller<br>Jofrey M. McWilliam<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Telephone: (206) 622-2000<br>Facsimile: (206) 622-2522<br><br>*Co-Counsel for Immersion Corporation* |

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 23rd day of June, 2008, a true copy of IMMERSION CORPORATION'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS PER RULE 7CvR 7.1 was served on each and every attorney of record herein via Federal Express overnight delivery:

    James K. Hammond (james.hammond@finnegan.com)
    Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
    Two Freedom Square
    11955 Freedom Drive
    Reston, VA 20190-5675
    *Attorney for Finnegan, Henderson, Farabow, Garrett & Dunner, LLP*

    Paul J. Kundtz (pkundtz@riddellwilliams.com)
    Blake Marks-Dias (bmarksdias@riddellwilliams.com)
    Wendy E. Lyon (wlyon@riddellwilliams.com)
    Riddell Williams P.S.
    1001 Fourth Avenue Plaza, Suite 4500
    Seattle, WA 98154-3600
    *Attorneys for Microsoft Corporation*

                            */s/ Mark L. Whitaker*
                            Mark L. Whitaker
                            Howrey LLP
                            1299 Pennsylvania Ave NW
                            Washington, DC 20004
                            Telephone: (202) 783-0800
                            Facsimile: (202) 383-6610

                            *Attorneys for Immersion Corporation*

                            Irell & Manella LLP
                            1800 Avenue of the Starts, Suite 900
                            Los Angeles, CA 90067-4276
                            Telephone: (310) 277-1010
                            Facsimile: (310) 203-7199

                            Byrnes & Keller LLP
                            1000 Second Avenue, 38th Floor
                            Seattle, WA 98104
                            Telephone: (206) 622-2000
                            Facsimile: (206) 622-2522

                            *Co-Counsel for Immersion Corporation*