|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE DISTRICT OF COLUMBIA |

IN RE SUBPOENA TO FINNEGAN,            )   Case No. 1:08-mc-00400
HENDERSON, FARABOW, GARRETT &          )   _____
DUNNER LLP                             )   (Case No. CV07 936RSM, Western District
                                       )   of Washington)
_____)
                                       )
                                       )   **NOTICE OF WITHDRAWAL**
MICROSOFT CORPORATION, a Washington    )   **WITHOUT PREJUDICE OF**
corporation,                           )   **IMMERSION CORPORATION'S**
                                       )   **MOTION TO COMPEL PRODUCTION**
                       Plaintiff,      )   **OF DOCUMENTS BY NON-PARTY**
                                       )   **FINNEGAN, HENDERSON, FARABOW,**
       v.                              )   **GARRETT & DUNNER, L.L.P.**
                                       )
IMMERSION CORPORATION, a Delaware      )
corporation,                           )
                                       )
                       Defendant.      )
_____)

On June 24, 2008, Immersion Corporation ("Immersion") filed and served a motion to compel the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner ("Finnegan") to comply with Immersion's third-party subpoena for the production of a narrow class of non-privileged documents highly relevant to a lawsuit pending in the Western District of Washington. Based on the representation from the Finnegan firm that all communications in its possession, custody or control between Sony (and its representatives at the Finnegan firm) and Microsoft in

NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF IMMERSION
CORPORATION'S MOTION TO COMPEL PRODUCTION OF
DOCUMENTS BY THE FINNEGAN LAW FIRM

1 connection with the Immersion-Microsoft patent sublicense agreement have now been produced,
2 Immersion respectfully withdraws the motion to compel without prejudice to its renewing the
3 motion should it discover additional information or should later circumstances so warrant.

Dated: July 7, 2008

HOWREY LLP
WILLIAM K. WEST

By /s/ Mark L. Whitaker
   William K. West, Jr.
   Mark L. Whitaker
   Howrey LLP
   1299 Pennsylvania Ave NW
   Washington, DC 20004
   Telephone: (202) 783-0800
   Facsimile: (202) 383-6610

*Attorneys for Immersion Corporation*

Irell & Manella LLP
Morgan Chu
Richard M. Birnholz
Alan J. Heinrich
David R. Kaplan
1800 Avenue of the Starts, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Byrnes & Keller LLP
Bradley S. Keller
Jofrey M. McWilliam
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522

*Co-Counsel for Immersion Corporation*

NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF IMMERSION
CORPORATION'S MOTION TO COMPEL PRODUCTION OF
DOCUMENTS BY THE FINNEGAN LAW FIRM- 1

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 7th day of July, 2008, a true copy of the foregoing was served on each and every attorney of record herein via Federal Express:

James K. Hammond (james.hammond@finnegan.com)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
*Attorney for Finnegan, Henderson, Farabow, Garrett & Dunner, LLP*

Paul J. Kundtz (pkundtz@riddellwilliams.com)
Blake Marks-Dias (bmarksdias@riddellwilliams.com)
Wendy E. Lyon (wlyon@riddellwilliams.com)
Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154-3600
*Attorneys for Microsoft Corporation*

/s/ Mark L. Whitaker
Mark L. Whitaker
Howrey LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Immersion Corporation*

Irell & Manella LLP
1800 Avenue of the Starts, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522

*Co-Counsel for Immersion Corporation*